

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Sung Cho Steve Hester
Case No.: 2:17-cr-19-HDM-GWF
~~TO BE ASSIGNED~~

## SUPERVISION REPORT
## REQUESTING TRANSFER OF JURISDICTION

January 12, 2017

TO:    The Honorable U.S. District Judge

On February 14, 2005, Mr. Hester was sentenced in the Southern District of Texas, Houston Division, by U.S. District Judge Vanessa D. Gilmore, in Count 1: Conspiracy to Possess with Intent to Distribute 50 grams or more of Methamphetamine and Count 3: Possession with Intent to Distribute 50 grams or more of Methamphetamine. He was sentenced to 158 months imprisonment as to each Counts 1 and 3, to run concurrently, followed by 5 years supervised release as to each count, to run concurrently. Special conditions of supervised release include participate in a drug and alcohol treatment program, prohibited from possessing a credit card, participate in a vocational program, and provide access to any requested financial information. On July 7, 2015, Mr. Hester's conditions of supervised release were modified to include a warrantless search condition.

Mr. Hester began supervision in the District of Nevada, Las Vegas Division, on May 22, 2015. Mr. Hester has no plans to return to the Houston area as he has gotten married, and his wife is employed in Las Vegas, Nevada.

On November 23, 2016, Mr. Hester was instructed to submit a random urine sample. That same day, Mr. Hester provided two (2) invalid drug tests. Due to the holiday weekend, Mr. Hester was instructed to return to the U.S. Probation Office on November 28, 2016. Mr. Hester reported as instructed and submitted three (3) invalid drug tests. Mr. Hester stated he had drank a lot of water and his diet had changed. He was instructed to return on November 29, 2016. Mr. Hester reported as instructed and once again submitted an invalid drug test.

Supervising U.S. Probation Officer Niquita Loftis and USPO Hernandez Powell met with Mr. Hester. He continued to state he had not taken any illegal substances nor done anything wrong. He agreed to return to drug treatment counseling and drug surveillance.

On December 9, 2016, U.S. District Judge Vanessa D. Gilmore, from the Southern District of Texas, Houston Division, signed Probation Form 22, initiating a Transfer of

RE: Sung Cho Steve Hester

Jurisdiction to our district. On January 3, 2016, Probation Form 22, Transfer of Jurisdiction, was received by our district via correspondence. In order to address any future violations in a more efficient manner, we are respectfully requesting Your Honor accept jurisdiction of this case. We have attached the appropriate Probation Form 22, Transfer of Jurisdiction, for Your Honor's signature. If Your Honor has any questions or comments, the undersigned will be available at the Court's convenience.

Respectfully submitted,

Margarita.Hernandez.Powell
2017.01.13 09:54:08 -08'00'

Margarita Hernandez Powell
United States Probation Officer

Approved:

Niquita M. Loftis
2017.01.13 08:31:59 -08'00'

Niquita Loftis
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 4:03CR00477-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:17-cr-19-HDM-GWF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern District of Texas | DIVISION Houston |
|---|---|---|
| Sung Cho Steve Hester | NAME OF SENTENCING JUDGE Vanessa D. Gilmore | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/22/2015 | TO 5/21/2020 |

**OFFENSE**

Count 1SS: Conspiracy to possess with intent to distribute 50 grams or more of methamphetamine

Count 3SS: Possession with intent to distribute 50 grams or more of methamphetamine

FILED/ENTERED 5/22/2015
RECEIVED 5/21/2020

JAN 17 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-9-16
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 20, 2017
Effective Date

Howard D. McKibben
United States District Judge